ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Gilbane Federal                                      )  ASBCA No.  61678
                                                     )
Under Contract No.     W912DY-12-D-0014  )

APPEARANCES FOR THE APPELLANT:          Michael A. Branca, Esq.
                                        Benjamin L. Williams, Esq.
                                        Olesya O. Sidorkina, Esq.
                                          Pecker & Abramson, P.C.
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Michael L. Graves, Jr., Esq.
                                        Margaret P. Simmons, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 15, 2020

_____
LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 61678, Appeal of Gilbane
Federal, rendered in conformance with the Board's Charter.

Dated:  May 19, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals